NO. 07-07-0311-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 22, 2007
_____

IN RE RODGER WAYNE MITCHELL, RELATOR
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON PETITION FOR WRIT OF MANDAMUS**

By a petition, relator Rodger Wayne Mitchell requests issuance of mandamus directing the District Clerk of Potter County to provide him a copy of "the judgment papers of his revocation of deferred adjudicated probation." We dismiss the mandamus petition for want of jurisdiction.

An intermediate appellate court has jurisdiction to issue writs of mandamus against a district clerk only when necessary to enforce its jurisdiction over a pending appeal. In re Jackson, No. 07-03-0372-CV, 2003 WL 22047701 at *1 (Tex.App.–Amarillo September 2, 2003, orig. proceeding). Relator's mandamus petition does not claim, nor does it appear to seek relief designed to enforce this court's jurisdiction. We have no pending appeal involving Mitchell and he does not allege that such an appeal exists.

We conclude the relief relator seeks here against the district clerk lies outside our writ authority. Thus, we have no jurisdiction over the request. Accordingly, relator's petition seeking a writ of mandamus is dismissed for want of jurisdiction.


Mackey K. Hancock
Justice